UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| PURUSHOTHAMAN RAJARAM,<br>Plaintiff,<br>v.<br>META PLATFORMS, INC.,<br>Defendant. | Case No. 22-cv-02920-LB<br><br>**JUDGMENT** |

On November 10, 2022, the court granted the defendant's motion to dismiss under Rule 12(b)(6) with prejudice. Pursuant to Federal Rule of Civil Procedure 58, the court hereby enters judgment in favor of the defendant and against the plaintiff. The court directs the Clerk of Court to close the file in this matter.

**IT IS SO ORDERED.**

Dated: November 10, 2022

_____
LAUREL BEELER
United States Magistrate Judge

JUDGMENT – No. 22-cv-02920-LB