DANIEL LOW, SBN 218387
dlow@kotchen.com
DANIEL KOTCHEN (*pro hac vice*)
dkotchen@kotchen.com
LINDSEY GRUNERT (*pro hac vice*)
lgrunert@kotchen.com
KOTCHEN & LOW LLP
1918 New Hampshire Avenue NW
Washington, DC 20009
Telephone:    202.471.1995
Facsimile:    202.280.1128

*Counsel for Plaintiffs and Putative Classes*

ERIN M. CONNELL SBN 223355
econnell@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone:    415.773.5700
Facsimile:    415.773.5759

SCOTT MORRISON SBN 320167
scott.morrison@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
2050 Main Street, Suite 1100
Irvine, CA 92614-8255
Telephone:    949.567.6700

ESTHER LANDER (*pro hac vice*)
elander@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
2100 Pennsylvania Avenue NW
Washington, D.C. 20037
Telephone:    202.339.8529

LAUREN M. GOLDSMITH SBN 293269
lgoldsmith@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
51 West 52nd Street
New York, NY 10019
Telephone:    212.506.5000

*Counsel for Defendant Meta Platforms, Inc.*

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| PURUSHOTHAMAN RAJARAM, EKTA BHATIA, MICHAEL BROWNE, WILLIAM AUSTIN WEBB, and STEPHEN SCHUTT, <br><br> Plaintiffs, <br><br> v. <br><br> META PLATFORMS, INC., <br><br> Defendant. | Case No. 3:22-cv-02920-LB <br><br> **JOINT CASE MANAGEMENT STATEMENT** <br><br> Judge:  Hon. Laurel Beeler <br> Action Filed: May 17, 2022 <br> CMC Date: July 30, 2026 <br> CMC Time: 11:00 a.m. (Zoom) <br> Trial Date: None Set |

1

Plaintiffs Purushothaman Rajaram, Ekta Bhatia, Michael Browne, William Austin Webb, and Stephen Schutt (together, "Plaintiffs") and Defendant Meta Platforms, Inc. ("Defendant" or "Meta") (collectively, the "Parties") jointly submit this Joint Case Management Statement.

At this juncture, the Parties do not believe that a status conference is needed and hereby request that the status conference be continued to a later date.

The Parties have previously filed three Joint Case Management Statements with the Court on April 17, 2025, October 16, 2025, and March 5, 2026 (Dkts. 89, 106, 129) and incorporate those statements herein by reference. Below, the parties provide updates, where necessary, to their prior filings.

1.    Motions: Since the Parties' March 5, 2026 Joint Case Management Statement, the Parties have not filed any motions.

### a. **Plaintiffs' Anticipated Motions**

Plaintiffs' anticipated motions remain unchanged from the April 17, 2025 Joint Case Management Statement, Dkt. 89 at 8, and are incorporated herein by reference. Plaintiffs intend to oppose Meta's motion for summary judgment.

### b. **Defendant's Anticipated Motions**

Meta anticipates filing motions for summary judgment on the Named Plaintiffs' individual claims per the Court's scheduling order. If any claims survive, Meta will oppose any motion for class certification and may file a motion to deny class certification. Meta may also file or oppose discovery-related and pretrial motions as necessary.

2.   Amendment of Pleadings: Meta filed its Answer to the Fourth Amended Complaint on October 17, 2025. Dkt. 107. Plaintiffs' deadline to seek leave to add parties or amend the pleadings was February 26, 2026. Dkt. 121.

3.   Disclosures: The Parties exchanged Rule 26 initial disclosures on March 11, 2025. Plaintiffs supplemented their initial disclosures on October 14, 2025. Meta served supplemental disclosures on January 6, 2026.

4.   Discovery:

Meta has taken the depositions of Plaintiffs Bhatia and Schutt and has noticed Plaintiff Browne's deposition for July 23, 2026. Plaintiff Rajaram's deposition was scheduled for July 2, 2023, but he was forced to cancel the deposition earlier in the week due to a family emergency. The Parties have exchanged responses to interrogatories and requests for production and have been making rolling productions. The Parties anticipate that discovery regarding the Named Plaintiffs' individual claims will be completed by the September 18 deadline. *See* Dkt. 132. There are no ripe discovery disputes at this time.

5.   Class Actions: Under the Court's Scheduling Order, Plaintiffs' deadline to file their motion for class certification is April 21, 2027; Meta's deadline to file its opposition is June 21, 2027; and Plaintiffs' deadline to file their reply is August 16, 2027. *Id.* A hearing on Plaintiffs' anticipated motion for class certification is currently scheduled for September 9, 2027. *Id.*

6.   Settlement and ADR: The Parties have reached a settlement in principle under which Plaintiff Webb will dismiss with prejudice his individual claims and dismiss the proposed termination class claim, which is predicated, exclusively on his individual claims. The Parties intend to promptly file a stipulation of dismissal with the Court and are currently working to finalize the long form settlement agreement. The Parties have not engaged in any further settlement discussions but have stipulated to a private ADR process at an appropriate time. *See* Dkt. 20. Meta anticipates moving for summary judgment on the remaining Named Plaintiffs' individual claims in accordance with the Court's scheduling order and expects that the outcome of those motions will better position the Parties to assess potential settlement of the remaining claims.

7.   Narrowing of Issues: The Parties believe that some issues may be narrowed by agreement or by motions, including the motions described above. Also as described above, the Parties have reached a settlement in principle to resolve Plaintiff Webb's claims, which, once consummated, will result in the dismissal of Webb's claims, with prejudice, and the dismissal of the termination class claim.

8.   Scheduling: On April 7, 2026, the Court ordered the Parties' Stipulation and Order to Further Modify the Case Schedule. Dkt. 132. The current schedule is set forth below:

| Case Event | Deadline |
|---|---|
| Updated joint case management conference statement | July 9, 2026 |
| Further case management conference (via videoconference) | July 30, 2026, at 11:00 a.m. |
| ADR completion date | TBD |
| Round one non-expert discovery completion date | September 18, 2026 |
| Round one expert disclosures (if needed) | September 18, 2026 |
| Round one rebuttal expert disclosures (tentative) | October 5, 2026 |
| Round one expert discovery completion date (tentative) | October 23, 2026 |
| Opening round-one motion | October 30, 2026 |
| Opposition | December 1, 2026 |
| Reply | December 15, 2026 |
| Hearing/Further case management conference | January 14, 2027, at 9:30 a.m./11:00 a.m. |
| Opening class certification motion/expert disclosures | April 21, 2027 |
| Opposition and expert disclosures | June 21, 2027 |
| Reply | August 16, 2027 |
| Hearing/Further case management conference | September 9, 2027, at 9:30 a.m./11:00 a.m. |

4

DATED:  July 9, 2026                          Respectfully submitted,

                                              **KOTCHEN & LOW LLP**

                                              By: */s/      Daniel Low*
                                              DANIEL LOW, SBN 218387
                                              dlow@kotchen.com
                                              1918 New Hampshire Avenue NW
                                              Washington, DC 20009
                                              Telephone:       202.471.1995
                                              Facsimile:       202.280.1128

                                              *Counsel for Plaintiffs and Putative Class*

                                              ORRICK, HERRINGTON & SUTCLIFFE LLP

                                              By: */s/ Erin M. Connell*
                                              ERIN M. CONNELL, SBN 223355
                                              ORRICK, HERRINGTON & SUTCLIFFE LLP
                                              econnell@orrick.com
                                              450 Howard Street
                                              San Francisco, CA 94105-2669
                                              Telephone:    415.773.5700
                                              Facsimile:    415.773.5759

                                              *Counsel for Defendant Meta Platforms, Inc.*

5

**ECF SIGNATURE ATTESTATION**

In accordance with Local Rule 5-1, the filer of this document hereby attests that the concurrence of the filing of this document has been obtained from the other signatories hereto.

DATED: July 9, 2026                                    By: /s/ *Erin Connell*
                                                            Erin Connell

                                                    *Attorney for Defendant Meta Platforms, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served on all counsel of record by electronic service through the Clerk of the Court's CM/ECF filing system.

DATED: July 9, 2026                                    By: /s/ *Erin Connell*
                                                            Erin Connell

JOINT CASE MANAGEMENT STATEMENT
Case No. 3:22-cv-02920-LB